IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHAVOGUE SHANTRICE JANELL WILLIAMS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2173

Opinion filed December 6, 2017.

An appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     We affirm in this Anders[1] appeal, but remand for the trial court to correct the judgment to reflect that the charge of false verification of ownership on a

_____

[1] Anders v. California, 386 U.S. 738 (1967).

pawnbroker transaction form, section 539.001(8)(b)8.a., Florida Statutes, is a third-degree felony, not a second-degree felony. See King v. State, 201 So. 3d 206 (Fla. 1st DCA 2016) (affirming in an Anders appeal but remanding for correction of scrivener's errors in the written judgment).

AFFIRMED and REMANDED with instructions.

WOLF, ROWE, and WINSOR, JJ., CONCUR.